

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNATHAN L. WILLIAMS,<br><br>Defendant. | 9:17-PO-5064-JCL<br>CVB Violation No:<br>F4864383<br><br><br>ORDER |

Defendant was directed to appear before the Court on June 8, 2017, to answer to the above-referenced violation notice. Defendant failed to appear, however, and the Court issued a warrant for his arrest.

Defendant telephoned the Court on October 13, 2017, and advises he wishes to simply pay the $200.00 collateral as set forth on the violation notice. However, he requested that he be allowed to make monthly payments of $50.00 each month.

**ACCORDINGLY, IT IS ORDERED** that the arrest warrant issued on July 20, 2017, is **QUASHED** and the Clerk of Court is directed to retrieve the warrant from the law enforcement agency.

ORDER - Page 1

**IT IS FURTHER ORDERED** Defendant's request is **GRANTED**.

Defendant may forfeit collateral, and shall do so by making monthly payments of $50.00 each. Defendant shall make his payments on or before the 17th day of each month beginning on October 16, 2017, and continuing thereafter until paid in full. His final $50.00 payment will be due on or before January 17, 2018.

Defendant is directed to make his payments to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

To ensure the payments are credited to the proper violation notice, Defendant's payment(s) shall reference the violation notice number listed above.

Alternatively, Defendant may make payments through the website at www.cvb.uscourts.gov.

This matter will remain open pending receipt of notification that Defendant has made his payments. Once the final payment has been received this matter will be closed.

The Clerk of Court is directed to forward a copy of this Order to Defendant at PO Box 108, Seeley Lake, MT 59868, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549.

CVB is directed to enter **PE** as the disposition code.

Defendant is advised that if he fails to pay the collateral as ordered the Court may issue a warrant for his arrest.

DATED this 25th day of October, 2017

Jeremiah C. Lynch
United States Magistrate Judge

c: USA
Def
CVB

ORDER - Page 3